1  HOWARD C. KIM, ESQ.
   Nevada Bar No. 10386
2  E-mail: howard@hkimlaw.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@hkimlaw.com
4  JESSE N. PANOFF, ESQ.
   Nevada Bar No. 10951
5  E-mail: jesse@hkimlaw.com
   HOWARD KIM & ASSOCIATES
6  1055 Whitney Ranch Drive, Suite 110
   Henderson, Nevada 89014
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF NEVADA

11 | FEDERAL HOME LOAN MORTGAGE CORPORATION, a government-sponsored entity; FEDERAL HOUSING FINANCE AGENCY, as Conservator of Freddie Mac,

Plaintiffs,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SONORA HILLS HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,

Defendants. | Case No. 2:15-cv-01338-GMN-DWH

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE TO COMPLAINT**

**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs Federal Home Loan Mortgage Corporation ("Freddie Mac") and Federal Housing Finance Agency ("FHFA") and Defendant SFR Investments Pool 1, LLC ("SFR"), to extend the deadline for SFR to file its response to the Complaint to **September 21, 2015.** The responsive pleading is currently due on August 20, 2015.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party, but rather to allow SFR to more time to consider its response to the

///

- 1 -

1  allegations, especially in light of the recently issued orders in other FHFA cases.

2  DATED this 10th day of August, 2015.

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Jesse N. Panoff, Esq.
Nevada Bar No. 10951
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile:  (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*


**FENNEMORE CRAIG, PC**

*/s/Leslie Bryan Hart_____*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John D. Tennert, Esq.
Nevada Bar No. 11728
300 S. Second St. Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2228
Facsimile:  (775) 788-2229
*Attorneys for Federal Housing Finance Agency*


*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/Dana Jonathon Nitz*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone: (702) 475-7964
Facsimile:  (702) 946-1345
*Attorneys for Federal Home Loan Mortgage Corporation*


**ARNOLD & PORTER LLP**

*/s/Asim Varma_____*
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Pro Hac Application to be Submitted
555 12th Street NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999
*Attorneys for Federal Housing Finance Agency*


IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:**  08/10/2015.