HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
JESSE N. PANOFF, ESQ.
Nevada Bar No. 10951
E-mail: jesse@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company; NEVADA NEW BUILDS, LLC, a Nevada Domestic Limited Liability Company; and LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada Domestic Limited Liability Company,<br><br>      Defendants. | Case No. 2:15-cv-01338-GMN-DWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

  IT IS HEREBY STIPULATED between Plaintiffs Federal Housing Finance Agency ("FHFA"), Federal National Mortgage Association ("Fannie Mae"), and Federal Home Loan Mortgage Corporation ("Freddie Mac") and Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC, and Las Vegas Development Group, LLC to extend the deadline for SFR to file its response to the First Amended Complaint to **October 23, 2015.** This is the parties' first request for an extension to respond to this amended and is not intended to cause any delay or

1

SAO Extend Time Resp. FAC
2:15-cv-01338-GMN-DWH

1  prejudice to any party, but rather to allow Defendants more time to consider their responses to
2  the allegations, especially in light of plaintiffs making class allegations.

         DATED: September 28, 2015.

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Jesse N. Panoff, Esq.
Nevada Bar No. 10951
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile:  (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*
*Attorneys for Nevada New Builds, LLC*

**FENNEMORE CRAIG, PC**

*/s/ Leslie Bryan Hart_____*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John D. Tennert, Esq.
Nevada Bar No. 11728
300 E. Second St. Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2228
Facsimile:  (775) 788-2229
*Attorneys for FHFA and Freddie Mac*

**MCGUIREWOODS LLP**
*/s/John H. Maddock III_____*
John H. Maddock III, Esq.
Tennille J. Checkovich Esq.
Michael W. Stark, Esq.
Pro Hac Application to be Submitted
Gateway Plaza
800 East Canal Street
Richmond, VA 23217
Telephone: (804) 775-1000
Facsimile:  (804) 775-1061
*Attorneys for Freddie Mac*

**SNELL & WILMER LLP**

*/s/Amy F. Sorenson_____*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Fannie Mae*

**ARNOLD & PORTER LLP**
*/s/ Asim Varma_____*
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Pro Hac Application to be Submitted
601 Massachussetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999
*Attorneys for FHFA*

**ROGER P. CROTEAU & ASSOCIATES**
*/s/ Timothy Rhoda*
Roger P. Croteau, Esq.
Nevada Bar No. 7878
Timothy Rhoda, Esq.
Nevada Bar No. 7878
9120 W. Post Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (702) 254-7775
Facsimile:  (702) 228-7719
*Attorneys for*
*Las Vegas Development Group, LLC*

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

**ORDER**

IT IS SO ORDERED. Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC and Las Vegas Development Group, LLC shall have until October 23, 2015 to respond to Plaintiffs' First Amended Complaint.

DATED: September 29, 2015

_____
United States Magistrate Judge

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*

SAO Extend Time Resp. FAC
2:15-cv-01338-GMN-DWH

3