HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
JESSE N. PANOFF, ESQ.
Nevada Bar No. 10951
E-mail: jesse@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company; NEVADA NEW BUILDS, LLC, a Nevada Domestic Limited Liability Company; and LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada Domestic Limited Liability Company,<br><br>Defendants. | Case No. 2:15-cv-01338-GMN-DWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR CERTIFICATION OF A DEFENDANT CLASS AND TIME FOR PLAINTIFFS TO REPLY TO THE RESPONSE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs Federal Housing Finance Agency ("FHFA"), Federal National Mortgage Association ("Fannie Mae"), and Federal Home Loan Mortgage Corporation ("Freddie Mac") (together "Plaintiffs") and Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC, and Las Vegas Development Group, LLC ("Defendants") to extend the deadline for Defendants to respond to Plaintiffs' Motion for Certification of a Defendant Class [DE 23] until **November 2, 2015**. The response is currently

1

SAO Extend Time Resp Mtn for Class Cert.
2:15-cv-01338-GMN-DWH

1  due on October 19, 2015. Further, all parties stipulate that Plaintiffs' reply in support of the
2  Motion for Certification of a Defendant Class will be due on **November 20, 2015**.
3      This is the parties' first request for an extension related to the motion to certify and is not
4  intended to cause any delay or prejudice to any party. The parties believe such stipulation will
5  serve judicial economy by having all responsive pleadings or motions ripe for adjudication at the
6  same time. *See* DE 20 (order granting stipulation to extend time to respond to first amended
7  complaint).

DATED: October 8, 2015.

**HOWARD KIM & ASSOCIATES**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Jesse N. Panoff, Esq.
Nevada Bar No. 10951
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile:  (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*
*Attorneys for Nevada New Builds, LLC*

**FENNEMORE CRAIG, PC**

*/s/Leslie Bryan Hart*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John D. Tennert, Esq.
Nevada Bar No. 11728
300 E. Second St. Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2228
Facsimile:  (775) 788-2229
*Attorneys for FHFA and Freddie Mac*

///

///
///

**SNELL & WILMER LLP**

*/s/ Amy F. Sorenson*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Fannie Mae*

**ARNOLD & PORTER LLP**

*/s/ Asim Varma*
Asim Varma, Esq.
Howard N. Cayne, Esq.
Michael A.F. Johnson, Esq.
Pro Hac Application to be Submitted
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999
*Attorneys for FHFA*

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

2

SAO Extend Time Resp Mtn for Class Cert.
2:15-cv-01338-GMN-DWH

| MCGUIREWOODS LLP | ROGER P. CROTEAU & ASSOCIATES |
|---|---|
| */s/ John H. Maddock III*_____ | */s/ Timothy Rhoda* |
| John H. Maddock III, Esq. | Roger P. Croteau, Esq. |
| Tennille J. Checkovich Esq. | Nevada Bar No. 7878 |
| Michael W. Stark, Esq. | Timothy Rhoda, Esq. |
| Pro Hac Application to be Submitted | Nevada Bar No. 7878 |
| Gateway Plaza | 9120 W. Post Road, Suite 100 |
| 800 East Canal Street | Las Vegas, Nevada 89148 |
| Richmond, VA 23217 | Telephone: (702) 254-7775 |
| Telephone: (804) 775-1000 | Facsimile:  (702) 228-7719 |
| Facsimile:  (804) 775-1061 | *Attorneys for* |
| *Attorneys for Freddie Mac* | *Las Vegas Development Group, LLC* |

### ORDER

IT IS SO ORDERED. Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC and Las Vegas Development Group, LLC shall have until November 2, 2015 to respond to Plaintiffs' Motion for Certification of Defendant Class and Plaintiffs shall have until November 20, 2105 to file a reply in support of the motion.

Dated this \_\_9\_\_ day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*