| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>FENNEMORE CRAIG, P.C.<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228   Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com<br>*Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | (Admitted *Pro Hac Vice*)<br>John H. Maddock III, Esq.<br>Tennille J. Checkovich, Esq.<br>Michael W. Stark, Esq.<br>MCGUIRE WOODS LLP<br>Gateway Plaza, 800 East Canal Street<br>Richmond, VA 23219<br>Tel: 804-775-1000 Fax: 804-775-1061<br>jmaddock@mcguirewoods.com<br>tcheckovich@mcguirewoods.com<br>mstark@mcguirewoods.com<br>*Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* |
| (Admitted *Pro Hac Vice*)<br>David B. Bergman, Esq.<br>(Admitted *Pro Hac Vice*)<br>Elliott Mogul, Esq.<br>ARNOLD & PORTER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Tel: (202) 942-5000   Fax: (202) 942-5999<br>David.bergman@aporter.com;<br>Elliott.mogul@aporter.com<br>*Attorneys for Plaintiff Federal Housing Finance Agency* | Amy F. Sorenson, Esq. (SBN 12495)<br>Robin E. Perkins, Esq. (SBN 9891)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel:  702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com,<br>rperkins@swlaw.com<br>*Attorneys for Plaintiff Federal National Mortgage Association* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada domestic limited liability company; NEVADA NEW BUILDS, LLC, a Nevada domestic limited liability company; and LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada domestic limited liability company,<br><br>Defendants. | CASE NO.: 2:15-cv-01338-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINES FOR ALL DEFENDANTS TO FILE RESPONSES TO PLAINTIFFS' MOTION TO CERTIFY CLASS; FOR DEFENDANT LAS VEGAS DEVELOPMENT GROUP, LLC TO FILE A RESPONSIVE PLEADING; FOR PLAINTIFFS TO FILE RESPONSES TO DEFENDANTS' MOTIONS; AND FOR PLAINTIFFS TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO CERTIFY CLASS** |

Plaintiffs Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Federal Housing Finance Agency ("FHFA" or the

1

"Conservator"), in its capacity as Conservator of Fannie Mae and Freddie Mac (collectively, "Plaintiffs"); and Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC, and Las Vegas Development Group, LLC (collectively, "Defendants"), have conferred regarding the pending motions and briefing deadlines in this case. The parties agreed that extending and coordinating the pending briefing deadlines in this case would better permit Plaintiffs and Defendants, respectively, to coordinate their briefing efforts. The parties also agreed that a revised briefing schedule would better accommodate the professional and personal demands on the schedules of counsel in this case, including deadlines in other, related cases in this District and the Thanksgiving holiday. Accordingly, the parties hereby agree and stipulate as follows:

1. The deadline for Las Vegas Development Group, LLC to respond to Plaintiffs' First Amended Complaint is extended to October 26, 2015.

2. The deadline for Defendants to file oppositions to Plaintiffs' Motion to Certify Class is extended to November 9, 2015.

3. The deadline for Plaintiffs to file a reply brief in support of Plaintiffs' Motion to Certify Class is extended to December 4, 2015.

4. The deadline for Plaintiffs to file oppositions to SFR Investments Pool 1, LLC's Motion to Dismiss the Corrected First Amended Complaint, Nevada New Builds, LLC's Joinder to the Motion to Dismiss, and Las Vegas Development Group, LLC's Joinder to the Motion to Dismiss is extended to December 4, 2015.

5. The deadline for Plaintiffs to file oppositions to SFR Investments Pool 1, LLC's Motion to Sever, Nevada New Builds, LLC's Joinder to the Motion to Sever, and Las Vegas Development Group, LLC's Joinder to the Motion to Sever is extended to December 4, 2015.

6. The deadline for Defendants to file reply briefs in support of the Motion to Dismiss and Motion to Sever is extended to December 21, 2015.

This is the first request for an extension of each of these deadlines except two: it is the second request for an extension of Defendants' deadline to oppose Plaintiffs' Motion to Certify Class and for Las Vegas Development Group, LLC's deadline to respond to Plaintiffs' First Amended Complaint.

DATED this 27th day of October, 2015.              Respectfully submitted,

**HOWARD KIM & ASSOCIATES**

By:   /s/ Howard C. Kim
Howard C. Kim, Esq. (SBN 10386)
Jacqueline A. Gilbert, Esq. (SBN 10593)
Jesse Panoff, Esq. (SBN 10951)
1055 Whitney Ranch Drive, Ste. 110
Henderson, NV 89014
Tel: (702) 485-3300; Fax: (702) 485-3301
*howard@hkimlaw.com;*
*jackie@hkimlaw.com; jesse@hkimlaw.com;*
*Attorneys for SFR Investments Pool 1, LLC*
*and Nevada New Builds, LLC*

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

By:   /s/ Roger P. Croteau
Roger P. Croteau (SBN 4958)
9120 West Post Road, Ste. 100
Las Vegas, NV 89148
Tel: (702) 254-7775; Fax: (702) 228-7719
*croteaulaw@croteaulaw.com*
*Attorneys for Las Vegas Development Group, LLC*

**SNELL & WILMER LLP**

By: /s/ Amy F. Sorenson
Amy F. Sorenson, Esq. (SBN 12495)
Robin E. Perkins, Esq. (SBN 9891)
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Tel: (702) 784-5200 ; Fax: (702) 784-5252
*asorenson@swlaw.com;*
*rperkins@swlaw.com*
*Attorneys for Federal National Mortgage Association*

**MCGUIRE WOODS LLP**

By:   /s/ John H. Maddock III
John H. Maddock III, Esq.*
Tennille J. Checkovich, Esq.*
Michael W. Stark, Esq.*
Gateway Plaza
800 E. Canal Street
Richmond, VA 23219
Tel: 804 (775)-1000; Fax: (804) 775-1061
*jmaddock@mcguirewoods.com;*
*tcheckovich@mcguirewoods.com;*
*mstark@mcguirewoods.com*
*Attorneys for Federal Home Loan Mortgage Corporation*

**FENNEMORE CRAIG, P.C.**

By:  /s/ Leslie Bryan Hart
Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
300 S. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228 Fax: 775-788-2229
*lhart@fclaw.com; jtennert@fclaw.com*
*Attorneys for Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation*

**ARNOLD & PORTER LLP**

By:  /s/ Elliott C. Mogul
David B. Bergman, Esq.*
Elliott C. Mogul, Esq.*
601 Massachusetts Ave. N.W.
Washington, DC 20001
Tel:  (202) 942-5000; Fax:  (202) 942-5999
*David.Bergman@aporter.com*
*Elliott.Mogul@aporter.com;*
*Attorneys for Federal Housing Financing Agency*

*\* Admitted pro hac vice*

IT IS SO ORDERED

DATED: October 28, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court

3

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of October, 2015, a true and correct copy of the **STIPULATION AND ORDER EXTENDING THE DEADLINES FOR ALL DEFENDANTS TO FILE RESPONSES TO PLAINTIFFS' MOTION TO CERTIFY CLASS; FOR DEFENDANT LAS VEGAS DEVELOPMENT GROUP, LLC TO FILE A RESPONSIVE PLEADING; FOR PLAINTIFFS TO FILE RESPONSES TO DEFENDANTS' MOTIONS; AND FOR PLAINTIFFS TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO CERTIFY CLASS,** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case.  If electronic notice is not indicated through the court's e-filing system, then a true and correct paper copy of the foregoing document was delivered via U.S. Mail.

Dana Jonathon Nitz dnitz@wrightlegal.net

Jacqueline A. Gilbert jackie@hkimlaw.com

Roger P. Croteau    croteaulaw@croteaulaw.com

Howard C. Kim howard@hkimlaw.com

Jory C. Garabedian jgarabedian@aldridgepite.com

Jacqueline A. Gilbert jackie@hkimlaw.com

Jesse Panoff jesse@hkimlaw.com

                        /s/   Denise M. Lenaburg
                    An Employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
300 E. SECOND
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

10985413.1

5