| | |
|---|---|
| Leslie Bryan Hart, Esq. (SBN 4932) | Amy F. Sorenson, Esq. (SBN 12495) |
| John D. Tennert, Esq. (SBN 11728) | Robin E. Perkins, Esq. (SBN 9891) |
| FENNEMORE CRAIG, P.C. | SNELL & WILMER LLP |
| 300 E. Second St., Suite 1510 | 3883 Howard Hughes Pkwy, Suite 1100 |
| Reno, Nevada 89501 | Las Vegas, NV 89169 |
| Tel: 775-788-2228   Fax: 775-788-2229 | Tel: 702-784-5200 Fax: 702-784-5252 |
| lhart@fclaw.com; jtennert@fclaw.com | asorenson@swlaw.com; rperkins@swlaw.com |
| *Attorneys for Plaintiffs Federal Housing Finance Agency and Federal Home Loan Mortgage Corporation* | *Attorneys for Plaintiff Federal National Mortgage Association* |
| (Admitted *Pro Hac Vice*) | (Admitted *Pro Hac Vice*) |
| David B. Bergman, Esq. | John H. Maddock III, Esq. |
| Elliott Mogul, Esq. | Tennille J. Checkovich, Esq. |
| ARNOLD & PORTER LLP | Michael W. Stark, Esq. |
| 601 Massachusetts Ave., NW | MCGUIRE WOODS LLP |
| Washington, DC 20001-3743 | Gateway Plaza, 800 East Canal Street |
| Tel: (202) 942-5000   Fax: (202) 942-5999 | Richmond, VA 23219 |
| David.bergman@aporter.com; | Tel: 804-775-1000 Fax: 804-775-1061 |
| Elliott.mogul@aporter.com | jmaddock@mcguirewoods.com |
| *Attorneys for Plaintiff Federal Housing Finance Agency* | tcheckovich@mcguirewoods.com |
| | mstark@mcguirewoods.com |
| | *Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, in its capacity as Conservator of the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada domestic limited liability company; NEVADA NEW BUILDS, LLC, a Nevada domestic limited liability company; and LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada domestic limited liability company,<br><br>Defendants. | CASE NO.: 2:15-cv-01338-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINES FOR PLAINTIFFS TO FILE RESPONSES TO DEFENDANTS' PENDING MOTIONS; FOR PLAINTIFFS TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO CERTIFY CLASS; AND FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF THEIR PENDING MOTIONS**<br><br>**SECOND REQUEST** |

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11067186.1

Plaintiffs Federal National Mortgage Association ("Fannie Mae"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), and Federal Housing Finance Agency ("FHFA" or the "Conservator"), in its capacity as Conservator of Fannie Mae and Freddie Mac (collectively, "Plaintiffs"); and Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC, and Las Vegas Development Group, LLC (collectively, "Defendants"), have conferred regarding the pending motions and briefing deadlines in this case. The parties agreed that extending the pending briefing deadlines in this case would better permit Plaintiffs and Defendants, respectively, to coordinate their briefing efforts. The parties also agreed that a revised briefing schedule would better accommodate the professional and personal demands on the schedules of counsel in this case, including deadlines in other, related cases in this District and the Thanksgiving and Christmas holidays. Accordingly, the parties hereby agree and stipulate as follows:

1. The deadline for Plaintiffs to file oppositions to SFR Investments Pool 1, LLC's Motion to Dismiss the Corrected First Amended Complaint, Nevada New Builds, LLC's Joinder to the Motion to Dismiss, and Las Vegas Development Group, LLC's Joinder to the Motion to Dismiss is extended to December 18, 2015.

2. The deadline for Plaintiffs to file oppositions to SFR Investments Pool 1, LLC's Motion to Sever, Nevada New Builds, LLC's Joinder to the Motion to Sever, and Las Vegas Development Group, LLC's Joinder to the Motion to Sever is extended to December 18, 2015.

3. The deadline for Plaintiffs to file a reply brief in support of Plaintiffs' Motion to Certify Class is extended to December 18, 2015.

4. The deadline for Defendants to file reply briefs in support of the Motion to Dismiss and Motion to Sever is extended to January 20, 2015.

///

///

///

///

FENNEMORE CRAIG, P.C.
300 E. SECOND ST.
SUITE 1510
RENO, NEVADA 89501
(775) 788-2200

11067186.1

2

This is the second request for an extension of each of these deadlines.

DATED this 20th day of November, 2015.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **SNELL & WILMER LLP** |
| By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>Tel: 775-788-2228  Fax: 775-788-2229<br>lhart@fclaw.com; jtennert@fclaw.com | By: /s/ Amy F. Sorenson<br>Amy F. Sorenson, Esq. (SBN 12495)<br>Robin E. Perkins, Esq. (SBN 9891)<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200 Fax: 702-784-5252<br>asorenson@swlaw.com,<br>rperkins@swlaw.com |
| *Attorneys for Plaintiffs Federal Housing Financing Agency and Federal Home Loan Mortgage Corporation* | *Attorneys for Plaintiff Federal National Mortgage Association* |
| **ARNOLD & PORTER LLP**<br>(Admitted *Pro Hac Vice*)<br>David B. Bergman, Esq.<br>Elliott Mogul, Esq. | **MCGUIRE WOODS LLP**<br>(Admitted *Pro Hac Vice*)<br>John H. Maddock III, Esq.<br>Tennille J. Checkovich, Esq.<br>Michael W. Stark, Esq. |
| *Attorneys for Plaintiff Federal Housing Financing Agency* | *Attorneys for Plaintiff Federal Home Loan Mortgage Corporation* |
| **HOWARD KIM & ASSOCIATES** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| By: /s/ Jacqueline A. Gilbert<br>Howard C. Kim, Esq. (SBN 10386)<br>Jacqueline A. Gilbert, Esq. (SBN 10593)<br>Jesse Panoff, Esq. (SBN 10951)<br>Diana S. Cline Ebron (SBN 10580)<br>1055 Whitney Ranch Drive, Ste. 110<br>Henderson, NV 89014<br>Tel: 702-485-3300 Fax: 702-485-3301<br>howard@hkimlaw.com;<br>jackie@hkimlaw.com;<br>jesse@hkimlaw.com;<br>diana@hkimlaw.com | By: /s/ Roger P. Croteau<br>Roger P. Croteau, Esq. (SBN 4958)<br>9120 West Post Road, Suite 100<br>Las Vegas, NV 89148<br>Tel: (702) 254-7775   Fax: (702) 228-7719<br>croteaulaw@croteaulaw.com |
| *Attorneys for Defendant SFR Investments Pool 1, LLC and Nevada New Builds, LLC* | *Attorneys for Plaintiff Las Vegas Development Group, LLC* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: November 20, 2015

11067186.1

3