HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
JESSE N. PANOFF, ESQ.
Nevada Bar No. 10951
E-mail: jesse@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, as Conservator of Federal National Mortgage Association and Federal Home Loan Mortgage Corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Domestic Limited Liability Company; NEVADA NEW BUILDS, LLC, a Nevada Domestic Limited Liability Company; and LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada Domestic Limited Liability Company,<br><br>Defendants. | Case No. 2:15-cv-01338-GMN-DWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO COUNTER MOTION FOR SUMMARY JUDGMENT**<br><br>**( First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs Federal Housing Finance Agency ("FHFA"), Federal National Mortgage Association ("Fannie Mae"), and Federal Home Loan Mortgage Corporation ("Freddie Mac") (together "Plaintiffs") and Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC, and Las Vegas Development Group, LLC ("Defendants") to extend the deadline for Defendants to respond to Plaintiffs' Motion for Summary Judgment [DE 70] until **January 20, 2016**. The response is currently due on January 11, 2015. On November 23, 2015, this Court entered an order [DE 67] granting the parties'

1

SAO Extend Time Resp MSJ.
2:15-cv-01338-GMN-DWH

1  stipulation to extend the deadline to January 20, 2016 [DE 66] for Defendants to reply in support
2  of their motions to dismiss and to sever.
3        This is the parties' first request for an extension related to the Plaintiffs' motion for
4  summary judgment and is not intended to cause any delay or prejudice to any party. The parties
5  believe such stipulation will serve judicial economy by coordinating the briefing schedule for the
6  responsive pleadings or motions.

8        DATED: December 28, 2015.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Jesse N. Panoff, Esq.
Nevada Bar No. 10951
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile:  (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*
*Attorneys for Nevada New Builds, LLC*

**FENNEMORE CRAIG, PC**

*/s/Leslie Bryan Hart*
Leslie Bryan Hart, Esq.
Nevada Bar No. 4932
John D. Tennert, Esq.
Nevada Bar No. 11728
300 E. Second St. Suite 1510
Reno, Nevada 89501
Telephone: (775) 788-2228
Facsimile:  (775) 788-2229
*Attorneys for FHFA and Freddie Mac*

///
///
///
///
///

**SNELL & WILMER LLP**

*/s/Robin E. Perkins* _____
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Robin E. Perkins, Esq.
Nevada Bar No. 9891
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Fannie Mae*

**ARNOLD & PORTER LLP**

*/s/Elliott Mogul*
David B. Bergman, Esq.
Elliott Mogul, Esq.
(Admitted *Pro Hac Vice*)
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile:  (202) 942-5999
*Attorneys for FHFA*

SAO Extend Time Resp MSJ.
2:15-cv-01338-GMN-DWH

| | |
|---|---|
| **MCGUIREWOODS LLP** | **ROGER P. CROTEAU & ASSOCIATES** |
| */s/John H. Maddock* | */s/Timothy Rhoda* |
| John H. Maddock III, Esq. | Roger P. Croteau, Esq. |
| Tennille J. Checkovich Esq. | Nevada Bar No. 7878 |
| Michael W. Stark, Esq. | Timothy Rhoda, Esq. |
| (Admitted *Pro Hac Vice*) | Nevada Bar No. 7878 |
| Gateway Plaza | 9120 W. Post Road, Suite 100 |
| 800 East Canal Street | Las Vegas, Nevada 89148 |
| Richmond, VA 23217 | Telephone: (702) 254-7775 |
| Telephone: (804) 775-1000 | Facsimile: (702) 228-7719 |
| Facsimile: (804) 775-1061 | *Attorneys for* |
| *Attorneys for Freddie Mac* | *Las Vegas Development Group, LLC* |

## ORDER

IT IS SO ORDERED. Defendants SFR Investments Pool 1, LLC, Nevada New Builds, LLC and Las Vegas Development Group, LLC shall have until January 20, 2016 to respond to Plaintiffs' Counter Motion for Summary Judgment.

Dated this __29__ day of December 2015.

_____
UNITED STATES DISTRICT JUDGE

SAO Extend Time Resp MSJ.
2:15-cv-01338-GMN-DWH

**KIM GILBERT EBRON**
7625 DEAN MARTING DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301