# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORP., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, *et al.*, <br><br> Defendant. | Case No. 2:15-cv-01338-GMN-CWH <br><br> **ORDER** |

This matter is before the Court on Plaintiffs' unopposed motion to stay discovery (doc. # 74), filed December 21, 2015.

Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Given that Defendants failed to file a response, the motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' unopposed motion to stay discovery (doc. # 74) is **granted**.

DATED: January 8, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**