# CORRECTED
# EXHIBIT 3

## TO THE DECLARATION OF
## MICHAEL A.F. JOHNSON
## FILED AS EXHIBIT A TO
## PLAINTIFFS' REPLY IN SUPPORT OF THEIR
## MOTION FOR CERTIFICATION OF
## A DEFENDANT CLASS (DKT. #73)

## Freddie Mac - Nevada Loan Level as of Oct. 31, 2015

| FRE LN# | Funding Date | Address | Zip Code | CITY | State | Property Type |
|---|---|---|---|---|---|---|
| 1739 | 12/09/2004 | 819 SAN EDUARDO AVENUE | 89002 | HENDERSON | Nevada | Single Family Fee Simple (1-4 unit) |
| 3286 | 12/06/2004 | 3823 TRELLIS VIEW AVENUE | 89115 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 5165 | 11/08/2004 | 1894 GHOST TRACE AVENUE | 89183 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 4141 | 02/28/2005 | 1619 XANADU DRIVE | 89014 | HENDERSON | Nevada | Planned Unit Development (PUD) |
| 0260 | 12/30/2004 | 650 ROBERTA ALECIA AVENUE | 89031 | NORTH LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 268 | 06/14/2004 | 90 W BLOSSER RANCH ROAD | 89060 | PAHRUMP | Nevada | Manufactured |
| 4756 | 06/14/2004 | 49 TANGLEWOOD DR | 89012 | HENDERSON | Nevada | Single Family Fee Simple (1-4 unit) |
| 9936 | 06/14/2004 | 481 EAST MESQUITE BLVD | 89027 | MESQUITE | Nevada | Single Family Fee Simple (1-4 unit) |
| 0942 | 06/14/2004 | 3 N ARLINGTON STREET | 89110 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 9575 | 06/14/2004 | 1501 CARDINAL PEAK LN 102 | 89144 | LAS VEGAS | Nevada | Condominium |
| 7675 | 06/14/2004 | 3968 LANCOME STREET | 89115 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 7942 | 06/14/2004 | 2475 SYCAMORE GLEN #5 | 89434 | SPARKS | Nevada | Condominium |
| 1559 | 06/14/2004 | 4544 VIA DELSUR LANE | 89130 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 3292 | 06/14/2004 | 242 SHOSHONE LANE | 89015 | HENDERSON | Nevada | Manufactured |
| 0071 | 01/13/2005 | 431 ELDORADO HILLS COURT | 89110 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 0632 | 10/25/2004 | 696 HOMEWILLOW AVENUE | 89123 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 4549 | 10/25/2004 | 688 HOMEWILLOW AVENUE | 89123 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 6828 | 06/14/2004 | 421 HOLCOMB AVENUE | 89502 | RENO | Nevada | Condominium |
| 7719 | 06/14/2004 | 4695 SKYLINE DRIVE | 89429 | SILVER SPRINGS | Nevada | Manufactured |
| 9908 | 06/14/2004 | 838 BINBROOK DRIVE | 89052 | HENDERSON | Nevada | Single Family Fee Simple (1-4 unit) |
| 0248 | 06/14/2004 | 1423 LAUGHING CHUKAR | 89441 | SPARKS | Nevada | Single Family Fee Simple (1-4 unit) |
| 5304 | 06/14/2004 | 9127 SPARKLING STAR ST | 89123 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |

## Freddie Mac - Nevada Closed Loans through Nov 30, 2015

| FRE LN# | Funding Date | DT_PAYF | ADDR_STRT | ZIP | CITY | ST | Property Type |
|---|---|---|---|---|---|---|---|
| 1100 | 12/09/2004 | 10DEC2012 | 2229 DOGWOOD RANCH AVE | 89052 | HENDERSON | Nevada | Planned Unit Development (PUD) |
| 2220 | 12/02/2004 | 14AUG2012 | 5433 RAGGED ROBIN CT | 89031 | NORTH LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 6471 | 11/30/2004 | 27DEC2010 | 1725 TALON AVE. | 89074 | HENDERSON | Nevada | Planned Unit Development (PUD) |
| 347 | 11/24/2004 | 11JUL2013 | 3215 MIRADOR CT | 89436 | SPARKS | Nevada | Planned Unit Development (PUD) |
| 525 | 11/24/2004 | 10JUL2010 | 5413 VOLONNE CT | 89141 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 196 | 02/28/2005 | 01MAR2013 | 2414 TOTTINGHAM RD | 89074 | HENDERSON | Nevada | Single Family Fee Simple (1-4 unit) |
| 803 | 02/28/2005 | 16JAN2009 | 8101 W. FLAMINGO RD. # 2034 | 89147 | LAS VEGAS | Nevada | Condominium |
| 4354 | 02/28/2005 | 08FEB2010 | 7623 GOLDEN FILLY ST | 89131 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 2973 | 10/15/2004 | 01OCT2014 | 328 SOUTH HUMBOLDT DRIVE | 89074 | HENDERSON | Nevada | Planned Unit Development (PUD) |
| 7733 | 06/14/2004 | 28FEB2013 | 5190 TITANIUM COURT | 89120 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 098 | 06/14/2004 | 01JUL2008 | 770 SOUTHWOOD BLVD #3 | 89451 | INCLINE VILLAGE | Nevada | Condominium |
| 853 | 06/14/2004 | 31OCT2012 | 2640 SUMAC LN | 89121 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 8888 | 06/14/2004 | 09NOV2013 | 8020 TAILWIND AVE | 89131 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 1552 | 06/14/2004 | 09SEP2013 | 3755 TOPAZ RANCH DR | 89444 | WELLINGTON | Nevada | Single Family Fee Simple (1-4 unit) |
| 1668 | 06/14/2004 | 10SEP2012 | 151 KACHINA DRIVE | 89074 | HENDERSON | Nevada | Single Family Fee Simple (1-4 unit) |
| 272 | 06/14/2004 | 05DEC2008 | 1913 KLAMATH FALLS WAY | 89128 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 841 | 06/14/2004 | 15JUL2009 | 2132 ALBATROSS WAY | 89441 | SPARKS | Nevada | Single Family Fee Simple (1-4 unit) |
| 368 | 06/14/2004 | 23FEB2011 | 2085 DESERT WOODS DR | 89012 | HENDERSON | Nevada | Single Family Fee Simple (1-4 unit) |
| 724 | 06/14/2004 | 02APR2010 | 5809 NEGRIL AVENUE | 89130 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 283 | 06/14/2004 | 04JUN2013 | 1801 CARLIN STREET | 89503 | RENO | Nevada | Single Family Fee Simple (1-4 unit) |
| 4689 | 06/14/2004 | 31AUG2012 | 7041 HARBOR VIEW DR | 89119 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 819 | 06/14/2004 | 30JAN2013 | 350 S DURANGO DRIVE #212 | 89145 | LAS VEGAS | Nevada | Condominium |
| 8188 | 06/14/2004 | 29OCT2010 | 4625 WELTER AVE | 89104 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 9915 | 06/14/2004 | 09OCT2015 | 8308 DAVENTRY STREET | 89123 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 7608 | 06/14/2004 | 10MAY2010 | 10130 LUCENTE WAY | 89521 | RENO | Nevada | Planned Unit Development (PUD) |
| 7624 | 06/14/2004 | 02APR2014 | 2980 TIERRA VERDE WEST | 89512 | RENO | Nevada | Condominium |
| 8345 | 06/14/2004 | 26FEB2013 | 4423 KALAMAZOO STREE | 89147 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 8957 | 06/14/2004 | 16JUN2012 | 10924 MISSION LAKE AVE | 89134 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 9066 | 06/14/2004 | 22AUG2008 | 2885 DALLAS DRIVE | 89406 | FALLON | Nevada | Single Family Fee Simple (1-4 unit) |
| 1273 | 06/14/2004 | 28JUL2015 | 310 BAKER STREET | 89835 | WELLS | Nevada | Single Family Fee Simple (1-4 unit) |
| 1559 | 06/14/2004 | 05NOV2015 | 4544 VIA DELSUR LANE | 89130 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 2091 | 06/14/2004 | 06DEC2012 | 547 CARMEL VALLEY S | 89012 | HENDERSON | Nevada | Planned Unit Development (PUD) |
| 6526 | 06/14/2004 | 01MAY2013 | 1687 SENECA LN | 89169 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 6534 | 06/14/2004 | 01AUG2014 | 1780 WALINGWOOD DR | 89031 | NORTH LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 6836 | 06/14/2004 | 19SEP2012 | 17 PENROSE DRIVE | 89447 | YERINGTON | Nevada | Single Family Fee Simple (1-4 unit) |
| 7077 | 06/14/2004 | 31OCT2011 | 5440 LINDERO PLACE | 89119 | LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 9185 | 06/14/2004 | 29MAY2014 | 4050 MULDOON STREET | 89701 | CARSON CITY | Nevada | Single Family Fee Simple (1-4 unit) |
| 2054 | 06/14/2004 | 13FEB2014 | 2141 KENNETH RD | 89030 | N LAS VEGAS | Nevada | Single Family Fee Simple (1-4 unit) |
| 3018 | 06/14/2004 | 11FEB2013 | 5710 E TROPICANA AV | 89122 | LAS VEGAS | Nevada | Condominium |
| 4251 | 06/14/2004 | 30NOV2012 | 999 PALMWOOD DR | 89434 | SPARKS | Nevada | Single Family Fee Simple (1-4 unit) |
| 4286 | 06/14/2004 | 30SEP2013 | 1697 LONDON CIR | 89431 | SPARKS | Nevada | Condominium |
| 7951 | 06/14/2004 | 02APR2009 | 524 TURTLEBACK ROAD | 89027 | MESQUITE | Nevada | Condominium |
| 9466 | 06/14/2004 | 21OCT2013 | 7968 LISA DAWN AVENUE | 89147 | LAS VEGAS | Nevada | Planned Unit Development (PUD) |
| 4117 | 12/03/2004 | 19OCT2010 | 1899  GRAY COURT | 89410 | GARDNERVILLE | Nevada | Single Family Fee Simple (1-4 unit) |