AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Federal Home Loan Mortgage Corporation, et al.

Plaintiffs,

V.

SFR Investments Pool 1, LLC, et al.

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01338-GMN-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs' are GRANTED summary judgment on all of their claims.

| | |
|---|---|
| May 4, 2016 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ P. Smythe |
| | (By) Deputy Clerk |