FILED

UNITED STATES COURT OF APPEALS

OCT 21 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; et al.,<br><br>    Plaintiffs-Appellees,<br><br>  v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant-Appellant. | No.   16-15962<br><br>D.C. No.<br>2:15-cv-01338-GMN-CWH<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; et al.,<br><br>    Plaintiffs-Appellants,<br><br>  v.<br><br>SFR INVESTMENTS POOL 1, LLC; et al.,<br><br>    Defendants-Appellees. | No.   16-16043<br><br>D.C. No.<br>2:15-cv-01338-GMN-CWH<br>District of Nevada,<br>Las Vegas |

Plaintiffs' unopposed motion (docket entry #12) for voluntary dismissal of appeal no. 16-16043 under Federal Rule of Appellate Procedure 42(b) is granted. A copy of this order sent to the district court shall act as and for the mandate of this court for appeal no. 16-16043 only.

amt/Pro Mo 20Oct2016

The amended briefing schedule is as follows:  the opening brief for no. 16-15962 is due November 7, 2016; the answering brief for no. 16-15962 is due December 7, 2016; and the optional reply brief for no. 16-15962 is due within 14 days after service of the answering brief for no. 16-15962.

For the Court:
MOLLY C. DWYER
Clerk of the Court


Alihandra M. Totor
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10